Laurence F. Padway (SBN: 089314)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone:  (510) 814-6100
Facsimile:   (510) 814-0650

Attorneys for Plaintiff
Nelia Virtusio

SEYFARTH SHAW LLP
Nick C. Geannacopulos (SBN 114822)
E-mail: ngeannacopulos@seyfarth.com
Emily E. Barker (SBN 275166)
E-mail: ebarker@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549

Attorneys for Defendant
FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.

J. Russell Stedman (SBN: 117130)
BARGER & WOLEN LLP
650 California Street, Ninth Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Fax. (415) 434-2533

Attorneys for Defendants
Sun Life Assurance Company of Canada
and Financial Industry Regulatory Authority
Long Term Disability Plan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELIA VIRTUSIO,<br><br>                    Plaintiff,<br><br>         vs.<br><br>FINANCIAL INDUSTRY REGULATORY AUTHORITY LONG TERM DISABILITY INCOME PLAN and SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>                    Defendants.<br>_____/ | No. CV 12-0 3745 PJH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE DISMISSAL OF DEFENDANT SUN LIFE ASSURANCE COMPANY OF CANADA AND FINANCIAL INDUSTRY REGULATORY AUTHORITY LONG TERM DISABILITY PLAN |

Stip. re Dismissal                                                        1

1    Whereas, settlement in the above matter has been reached. The parties, by and through their
2 respective counsel of record, hereby stipulate and agree that the above named action be dismissed,
3 with prejudice and in its entirety as to each party, with each party to be responsible for their own
4 attorney's fees and costs.

5

6 DATED: December 14, 2012     SEYFARTH SHAW LLP

7

8                By:    /s/ Nick C. Geannacopulos
                        Nick C. Geannacopulos
9                       Emily E. Barker

10                      Attorneys for Defendant
                        FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.
11

12

13

14

15 Date: December 14, 2012     BARGER & WOLEN LLP

16               By:    /s/  J. Russell Stedman
17                      J. RUSSELL STEDMAN
                        Attorneys for Defendants
18                      Sun Life Assurance Company of Canada
                        and Financial Industry Regulatory Authority
19                      Long Term Disability Plan

20

21

22 Dated: December 14, 2012     LAW OFFICES OF LAURENCE F. PADWAY

23
                 By:    /s/ Laurence F. Padway
24                      LAURENCE F. PADWAY
                        Attorneys for Plaintiff
25                      Neila Virtusio

26

27

28

Stip. re Dismissal                    2

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that this matter is dismissed with prejudice as to all parties, and all claims for relief, each party to be responsible for their own attorney's fees and costs.

Dated: 12/27/12

Hon. Phyllis J. Hamilton
Judge, United States District Court

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

Stip. re Dismissal 3