1  Laurence F. Padway (SBN: 089314)
   LAW OFFICES OF LAURENCE F. PADWAY
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone:  (510) 814-6100
   Facsimile:   (510) 814-0650
4
   Attorneys for Plaintiff
5  Nelia Virtusio

6  SEYFARTH SHAW LLP
   Nick C. Geannacopulos (SBN 114822)
7  E-mail: ngeannacopulos@seyfarth.com
   Emily E. Barker (SBN 275166)
8  E-mail: ebarker@seyfarth.com
   560 Mission Street, 31st Floor
9  San Francisco, California  94105
   Telephone:  (415) 397-2823
10 Facsimile:  (415) 397-8549

11 Attorneys for Defendant
   FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.
12
   J. Russell Stedman (SBN: 117130)
13 BARGER & WOLEN LLP
   650 California Street, Ninth Floor
14 San Francisco, California 94108-2713
   Telephone: (415) 434-2800
15 Fax. (415) 434-2533

16 Attorneys for Defendants
   Sun Life Assurance Company of Canada
17 and Financial Industry Regulatory Authority
   Long Term Disability Plan
18

19                UNITED STATES DISTRICT COURT

20                NORTHERN DISTRICT OF CALIFORNIA

21
   NELIA VIRTUSIO,                          No. CV 12-0 3745 PJH
22
                                            STIPULATION AND [PROPOSED]
23        Plaintiff,                        ORDER RE DISMISSAL OF
                                            DEFENDANT SUN LIFE
24   vs.                                    ASSURANCE COMPANY OF
                                            CANADA AND FINANCIAL
25 FINANCIAL INDUSTRY REGULATORY            INDUSTRY REGULATORY
   AUTHORITY LONG TERM DISABILITY           AUTHORITY LONG TERM
26 INCOME PLAN and SUN LIFE                 DISABILITY PLAN
   ASSURANCE COMPANY OF CANADA,
27
         Defendants.
28 _____/

Stip. re Dismissal                        1

Whereas, settlement in the above matter has been reached. The parties, by and through their respective counsel of record, hereby stipulate and agree that the above named action be dismissed, with prejudice and in its entirety as to each party, with each party to be responsible for their own attorney's fees and costs.

DATED: December 14, 2012     SEYFARTH SHAW LLP

By:     /s/ Nick C. Geannacopulos
Nick C. Geannacopulos
Emily E. Barker

Attorneys for Defendant
FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC.

Date: December 14, 2012     BARGER & WOLEN LLP

By:     /s/  J. Russell Stedman
J. RUSSELL STEDMAN
Attorneys for Defendants
Sun Life Assurance Company of Canada
and Financial Industry Regulatory Authority
Long Term Disability Plan

Dated: December 14, 2012     LAW OFFICES OF LAURENCE F. PADWAY

By:     /s/ Laurence F. Padway
LAURENCE F. PADWAY
Attorneys for Plaintiff
Neila Virtusio

Stip. re Dismissal                                    2

1

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that this matter is dismissed with prejudice as to all parties, and all claims for relief, each party to be responsible for their own attorney's fees and costs.

Dated: 12/27/12

_____
Hon. Phyllis J. Hamilton
Judge, United States District Court

*IT IS SO ORDERED*